IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PAUL EUGENE WEBSTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:11-CV-654-WKW |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 10), and upon an independent review of the file in this case, it is ORDERED as follows:

(1) the Recommendation is ADOPTED;

(2) Petitioner's 28 U.S.C. § 2255 motion is DENIED; and

(3) this action is DISMISSED.

A separate judgment will be entered.

DONE this 25th day of June, 2013.

                                        /s/ W. Keith Watkins
                             CHIEF UNITED STATES DISTRICT JUDGE